In the Matter of ANTHONY N. LANZA, an attorney at law.

September 19, 1967. Suspension lifted and respondent restored to the practice of law.

In the Matter of BENJAMIN C. GURNIK, an attorney at law.

October 31, 1967. Suspension lifted and respondent restored to the practice of law.